TR. CT. NO. C-34,379-B
WR. NO. WR-71,693-04
71,693 04

Mr. Acosta,                                                wed. Oct. 26, 2015

    You Just received 2 filings from Ector Co. Clerk, Clarissa Webster. The one that is Titled 'Supplement' was filed over a month Ago In her office, while the first half was Sent to you, Accepted on 9-23-2015, and Dismissed on 9-30-2015. She Never Sent the Supplement, Until Now, Under the Newest Habeas Corpus, Same Tr. CT. NO. C-34,379-B, WR-71,693-04. The Supplement was Sent and Signed on 9-16-15. Received in Ector Co. on 9-(23)-15. The Same day the first half of the last H.C. was Sent.

    Sir, I filed to have the Supplement thrown Away — due to the C.C.A's 9-30-15 Dismissail of the first half. Please, do NOT file the Supplement, please trash it — and NOT Allow it as part of my New Habeas Corpus, Just Sent to you by Ector Co. on Oct. 26th, 2015. Which is 'Exactly' when She Sent you the Supplement, a month late. They are two Seperate filings, and the Supplement is filed wrong, written wrong.

    So, No Supplement is to be filed IN the Court of Crim. Appeals, and was NOT part of the New H.C., that the Signatures, dates, and County Stamps prove. My family, Teri Burgess, will be calling to verify it is removed, and NOT part of my Current H.C.    Thank you, Sir, I'm Sorry Ector Co. Keeps Sending my filings late and out of Order. Continuing to violate my rights.

Respectfully —

Scott A. C—

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 03 2015

AbelAcosta.Clerk

Mr. Acosta,                                        Wed. Oct. 28, 2015

   If you will please Note for the records, proof, of
Ector Countys deliberate attempt to Sabotage or Maliciously
Interfere (sp) with my legal rights.
   Look at the PAGE Numbers on the bottom right Corners.
On the Supplement Sent and filed on Sept. 23, 2015, only
the first 2 pgs had pg. #s added, then Stopped. Then this
document held up, (due to the evidence submitted), for over
a month. The first half was subsequently Dismissed on
Sept. 30th, 2015. So 'why' did the Court/Clerk hold the Supplement,
to review (?), without notifying the C.C.A.?
'Why' are they now Sending it exactly on the Same day
the New H.C. filed? It Confuses them, as being 'together'
with Same Tr. CT. #s, and 2 different Judges, presiding.
The pgs. weren't #'d, Nor was this Supplement even officially
Sealed by Ector Co.. This was done, knowing I would re-file,
they waited and added the 'old' Supplement' Sept. 23rd, 2015,
to this Current H.C. Oct. 26th, 2015. This is clearly
done with malicious intent.

                              Respectfully,

                              Scot C

EX PARTE

§

IN THE 244th
DISTRICT COURT

SCOTT Anthony Crow

ECTOR COUNTY, TEXAS

"Supplemented Grounds and Memorandum

for 11.07, Writ of Habeas Corpus originally

filed on September 10, 2015. New Evidence."

Comes Now, Scott Anthony Crow, Defendant, files this Supplement, of "Reason that Current Claims were Not presented and Could not have been presented on his previous application;" and additional Grounds, Containing New Evidence, Material to his case. Supplemented Habeas Corpus, 11.07, and would Show the following;
"STATEMENT OF FACTS"

The Defendant files this Supplement upon discovering "New" evidence, that could have resulted in a different result. Allowing him to add newgrounds against former Attorneys Matt Thomas, Tracey Scown and Robert Leahey. As well providing 'evidence' of of 'Exculpatory' evidence, that would have prevented a trial, Completely. Defendant has a 'Copy' of the 'Copy' video, the State used against him, that was provided to him, by the State. The State 'Claims' the 'Original' video was 'Destroyed' AFTER,

①

## PETITIONER'S INFORMATION

Petitioner's printed name: _Scott Crow_

Address: _John Montford Unit_

_8602 Peach Street_

_Lubbock, Texas 79404_

Telephone: _(432)559-4303 Mother (Teri Burgess)_

Fax: _____

Signed on _September 16_, 20_15_

_Scott C.C._
Signature of Petitioner



NO Page No's

Rev. 01/14/14

## PRAYER AND Relief

Petitioner prays that this Court reverse the trial Courts conviction for reasons herein Stated. And, remand petitioners case back to the 244th District Court. Thus, Granting him relief from his June 10th, 2015 conviction.

Respectfully Submitted,

*Scott A. Crow*

Scott A. Crow
Pro se petitioner

## – Certificate of Service –

I, the undersigned, hereby certify that a true and correct copy of the foregoing memorandum of Habeas Corpus seeking relief from final conviction (felony) Under Code of Criminal procedure, Article 11.07, was Mailed to the Ector County District Clerk's office, requesting the Clerk to serve a copy to the District Attorney's office, and 244th District Court. 300 N. Grant, Ector County Courthouse, Odessa, Texas 79761. On this 19th day of August, 2015.

*Scott A. Crow*

Scott A. Crow – Pro Se

No Pg #

FILED
at _____ o'clock ___ M
(SEP 23 2015)
District Clerk, Ector County, Texas
By _____ Deputy

Cause No. C-34,379-B

EX PARTE:

Scott Crow

IN THE DISTRICT COURT

OF ECTOR COUNTY, TEXAS

244th JUDICIAL DISTRICT

## CLERK'S CERTIFICATE

I, Clarissa Webster, Clerk of the **244th** District Court of Ector County, Texas, do hereby certify that the records of appeal to the Court of Criminal Appeals of Texas in Cause No **C-34,379-B,** and styled **THE STATE OF TEXAS VS. Scott Scrow** in the **244th** District Court Of Ector County, Texas, contain a true and correct Supplemental Clerk's Record of all matters and proceedings had and done in said Writ.

GIVEN UNDER MY HAND AND SEAL of said court at Office in Ector County, Texas, the **26th** day of **October, 2015,** A.D.

Clarissa Webster, District Clerk
Ector County, Texas

By____/s/Bridget Franco_Deputy Clerk

*Diff. Clerk*
*No Signature*

*No Seal*

*No Pg.*
*#*